IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| ALLEN CLINE and LOIS CLINE, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 5:12cv00016 |
| | ) | |
| v. | ) | |
| | ) | |
| HARRISONBURG, VA SOCIAL | ) | By: Michael F. Urbanski |
| SERVICES, et al., | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

## ORDER

By Order dated February 15, 2012, this matter was referred to the B. Waugh Crigler, United States Magistrate Judge, pursuant to 28 U.S.C. § 636 (b)(1)(B), for proposed findings of fact and a recommended disposition. The Magistrate Judge held a hearing on July 3, 2012, at which plaintiffs orally moved to voluntarily dismiss this case. The Magistrate Judge filed a report and recommendation on July 9, 2012, recommending that the motion to voluntarily dismiss be granted, that defendants' request for attorney's fees be denied, and that this case be dismissed and stricken from the active docket of the court. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety. It is accordingly **ORDERED** and **ADJUDGED** that plaintiffs' oral motion to voluntarily dismiss (Dkt. # 17) is **GRANTED**, defendants' request for attorney's fees is **DENIED**, the motion to quash service of process (Dkt. # 10) and motion to set aside default (Dkt. # 12) filed by defendants are **DENIED as moot**, plaintiffs' claims are **DISMISSED without prejudice,** and this matter is hereby **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order to plaintiff and to counsel of record.

Entered: August 7, 2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge